JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

JOSEPH PILLAR,

           Plaintiff,

     vs.

NEXUS IS, INC.,

        Defendants.

Case No.:  CV11-07806 RSWL (AGRx)

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

       Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:  8-21-12      By: RONALD S.W. LEW
_____
Hon. Ronald S.W. Lew
Senior, U.S. DISTRICT COURT JUDGE