JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH PILLAR,<br><br>         Plaintiff,<br><br>    vs.<br><br>NEXUS IS, INC.,<br><br>         Defendants. | Case No.: CV11-07806 RSWL (AGRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:  8-21-12        By: **RONALD S.W. LEW**
_____
Hon. Ronald S.W. Lew
Senior, U.S. DISTRICT COURT JUDGE